# LAW OFFICE OF KEVIN J. KEATING, P.C.

**Kevin J. Keating**
Attorney at Law

Counsel:
Stefani Goldin, Esq.

666 Old Country Road, Suite 900
Garden City, New York 11530
kevin@kevinkeatinglaw.com
T: 516-222-1099

Manhattan Office
(BY APPOINTMENT)
T: 212- 964-2702

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-9-2020
```

March 4, 2020

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Melamed
19CR443 (LAK)

Dear Judge Kaplan:

As you are aware, I am counsel for Mr. Melamed in the captioned matter. Previously, Your Honor set a motion schedule in this matter which set the date for filing of defense motions on March 9, 2020. I write to respectfully request a one week extension of this date to March 16, 2020. The basis for this request is that I am still awaiting certain materials from the Government which bear on the motions I will be filing. Moreover, my ability to communicate with my client concerning these matters has been impacted by the lock-down currently in place of the Metropolitan Correctional Center.

I have conferred with AUSA Thomas John Wright concerning this application who offers his consent. Should Your Honor grant this request, the parties agree that the Government's date to file any opposition to defense motions should likewise be extended one week.

Thank you for your consideration.

SO ORDERED Granted

Very truly yours,

Kevin J. Keating

LEWIS A. KAPLAN, USDJ
3/9/2020

KJK:sep
cc: AUSA Thomas John Wright