

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2020

**By ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re:   *United States v. Daniel Melamed*, S1 19 CR 443 (LAK)

Dear Judge Kaplan,

The Government submits this letter to request respectfully, with the defendant's consent, that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from tomorrow, April 29, 2020, through a control date of convenience to the Court during the week of July 6, 2020.  At present, a pretrial motion from the defendant remains pending before the Court; however, in light of the adjournment of the trial of the defendant *sine die* amidst the unprecedented circumstances relating to the declaration of a national emergency concerning the coronavirus pandemic and the ongoing uncertainty with respect to the reopening of the Southern District of New York, out of an abundance of caution, the parties request respectfully a control date with an exclusion of time through it on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial insofar as the parties will continue to provide and review discovery, prepare for trial once one becomes possible again, and discuss a possible pre-trial disposition.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2295 / 2493

cc:  Kevin Keating (Counsel to Defendant Daniel Melamed) (by ECF)

*Granted. Time excluded through 7/8/2020 for reasons stated above.*

*USDJ 5/21/2020*