**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

DANIEL MELAMED,

          Defendant.
------------------------------------------------------------X

S1 19 CR 443 (LAK)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the accompanying Affirmation of Kevin J. Keating, the undersigned will move before United States District Judge Lewis A. Kaplan, in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, located at 500 Pearl Street, New York, New York, on April 15, 2020, for an Order directing the Government to file a bill of particulars pursuant to FRCP Rule 7(f).

Dated: Garden City, New York
        March 16, 2020

                                              Respectfully submitted,

                                     By: /s/ Kevin J. Keating
                                          Kevin J. Keating, Esq.
                                          *Counsel for Daniel Melamed*
                                          666 Old Country Road, Suite 901
                                          Garden City, New York 11530
                                          (516) 222-1099

To:    AUSA Thomas John Wright

Motion denied substantially for the reasons stated in the government's opposition. The Clerk shall terminate Dkts 22, 24, 25, 26 and 28.

SO ORDERED.

Dated:   May 24, 2020

/s/ [signature]
USDJ