UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :    **ORDER**
    - v. -                          :
                                    :    S1 19 CR 443 (LAK)
DANIEL MELAMED,                     :
    a/k/a "Danny,"                  :
                                    :
         Defendant.                 :
                                    :
- - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/20
```

   WHEREAS, the Court has referred to the magistrate judge on duty any change-of-plea proceeding in connection with the above-captioned case; and

   WHEREAS, the Court understands that the defendant has requested to appear remotely for any change-of-plea proceeding;

   THE COURT HEREBY FINDS, that further delay of the change-of-plea proceeding would result in serious harm to the interests of justice for the reasons described in the application of the parties dated November 11, 2020; and

   THE COURT HEREBY ORDERS, that the anticipated change-of-plea proceeding is referred to the magistrate judge on duty to be conducted by video conference.

   SO ORDERED.

Dated:  New York, New York
        November 11, 2020

                              _____
                              THE HONORABLE LEWIS A. KAPLAN
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK