```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :     ORDER
    - v. -                    :
                              :     S1 19 CR 443 (LAK)
DANIEL MELAMED,               :
    a/k/a "Danny,"            :
                              :
             Defendant.       :
                              :
------------------------------x
```

WHEREAS, the Court has previously referred to the magistrate judge on duty any change-of-plea proceeding in connection with the above-captioned case; and

WHEREAS, the Court understands that the defendant has requested to appear remotely for any change-of-plea proceeding and has specifically consented to proceed by telephone conference;

THE COURT HEREBY FINDS, that further delay of the change-of-plea proceeding would result in serious harm to the interests of justice and that a video conference is not reasonably available to conduct such a change-of-plea proceeding for the reasons described in the applications of the parties dated November 11, 2020 and November 24, 2020; and

THE COURT HEREBY ORDERS, that the anticipated change-of-plea proceeding is referred to the magistrate judge on duty to be conducted by telephone conference.

SO ORDERED.

Dated: New York, New York
November 24, 2020

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2