UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :    **ORDER ACCEPTING THE PLEA**
                                 :    **ALLOCUTION BEFORE A**
DANIEL MELAMED,                  :    **UNITED STATES**
    a/k/a "Danny,"               :    **MAGISTRATE JUDGE**
                                 :
              Defendant.         :    S1 19 CR 443 (LAK)
                                 :
- - - - - - - - - - - - - - - - X

Lewis A. Kaplan, United States District Judge

   On November 25, 2020, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Judge Gabriel W. Gorenstein, after presiding over a plea allocution with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it. Accordingly, it is hereby

   ORDERED that the defendant's plea of guilty is acceptable to the Court. The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated:   New York, New York
         December 13, 2020

                                   _____
                                   THE HONORABLE LEWIS A. KAPLAN
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK